# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Abdul Wahab Adeli, et al., | No. CV-26-01949-PHX-DJH (ASB) |
| Petitioners, | **ORDER** |
| v. | |
| Eric Rokosky, et al., | |
| Respondents. | |

Petitioner filed a Motion for Temporary Restraining Order and Preliminary Injunction to enjoin his removal to a third country without due process.  (Doc. 23.) Respondents "do not oppose the Court granting the motion at this time to the extent that the motion requests an injunction against the removal planned to take place on April 15, 2026." (Doc. 36).  Based on Respondents' concession,

**IT IS THEREFORE ORDERED** Petitioner Lincura's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 23) is **granted** to the extent Respondents are enjoined from removing Petitioner Segundo Benavente Lincura pending further order of the Court.  No bond is required.

**IT IS FURTHER ORDERED** that if Respondents intend to remove Petitioner to a third country, they must establish they have provided Petitioner with due process. Respondents must file a further response no later than **April 21, 2026** indicating what process has been provided to Petitioner.  Any response must be supported by documentary evidence including, if applicable, affidavits signed under penalty of perjury

by individuals with personal knowledge of the factual statements made therein. Petitioner will be provided an opportunity to file a reply no later than **April 28, 2026**.

Dated this 14th day of April, 2026.

Honorable Diane J. Humetewa
United States District Judge