**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Abdul Wahab Adeli, et al.,

Petitioners,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-01949-PHX-DJH (ASB)

**ORDER**

Petitioners filed this action under 28 U.S.C. § 2241 challenging their immigration detention. (Doc. 1.) In a June 29, 2026 Order, the Court granted the Petition and directed Respondents to release Petitioners Rahmatullah, Dima, Njukeng, Madadi, and Lincura from custody. (Doc. 69.) Judgment was entered the same day. (Doc. 70.) On August 14, 2026, Petitioners filed a Motion to Reopen Proceedings and Grant Injunctive Relief (Doc. 72), in which Petitioners requested that the Court (1) enjoin Respondents from re-detaining any Petitioner without first providing a reasonable amount of advance notice; (2) enjoin Respondents from removing any Petitioner to a third country without a meaningful opportunity to present a fear-based claim; and (3) order Respondents to release Petitioners Dima and Njukeng from detention or show cause for revoking their orders of supervision under 8 C.F.R. § 241.13(i).

On September 24, 2026, the Court granted Petitioners' Motion to Reopen and enjoined Respondents from removing any of the Petitioners to a country other than that specified in their respective removal orders without written notice and enjoined

Respondents from removing Petitioners from the United States without providing Petitioners with a meaningful opportunity to contest removal. (Doc. 80 at 9.) The Court also ordered Respondents to show cause why the Court should not order that Petitioners Njukeng and Etsang be immediately released from custody. (*Id.*) In the Response, Respondents state: "Respondents do not oppose Petitioners Njukeng and Etsang's release from custody." (Doc. 81.) The Court accepts this concession as non-opposition to granting release as to Petitioners Njukeng and Etsang.

**IT IS ORDERED:**

(1) Petitioner's Motion to Reopen Proceedings and Grant Injunctive Relief (Doc. 72) is **granted** as to Petitioners Njukeng and Etsang's request for release from custody.

(2) Respondents must **immediately release** Petitioners Njukeng and Etsang from custody under the same conditions that existed before their detention.

(3) Respondents must provide a notice of compliance within **two days** of this Order.

(4) Absent a significant change in Petitioners' circumstances, Respondents and their agents are enjoined from re-detaining Petitioners without **seven (7) days** prior written notice and an opportunity for Petitioners to be heard by a neutral judge on the reasons for the re-detention and consideration of bond, at which hearing the government must bear the burden of demonstrating by clear and convincing evidence that Petitioners are likely to flee or pose a danger to the community if not detained.

(5) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioners' favor and close this case.

Dated this 28th day of September, 2026.

Honorable Diane J. Humetewa
United States District Judge